UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOEY WILKINSON

VERSUS

GEORGIA-PACIFIC CONSUMER
OPERATIONS, LLC

CIVIL ACTION

NUMBER 08-329-FJP-DLD

**RULING**

This matter is before the Court on the Motion to Dismiss filed by defendant Georgia-Pacific Consumer Operations, LLC.[1]  The plaintiff has failed to oppose this motion within twenty days as required by Local Rule 7.5M, therefore the Court must assume that there is no opposition to this motion.[2]  Furthermore, the Court also finds the motion should be granted as a matter of fact and law.  Accordingly, the motion shall be granted and all claims asserted by plaintiff in this case shall be dismissed with prejudice.  The defendant's request for costs and attorneys' fees shall be denied.

IT IS SO ORDERED.

Baton Rouge, Louisiana, July 10, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 2.

[2] *See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion shall file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."

Doc#45268