UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOEY WILKINSON

VERSUS

GEORGIA-PACIFIC CONSUMER
OPERATIONS, LLC

CIVIL ACTION

NO. 08-329-FJP-DLD

**JUDGMENT**

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendant Georgia-Pacific Consumer Operations, LLC, and against the plaintiff Joey Wilkinson, dismissing all claims in this suit with prejudice, with each party to bear its own costs.

Baton Rouge, Louisiana, July 10, 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　FRANK J. POLOZOLA
　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA

Doc#45269